IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN AUSTIN, | : | |
|    Petitioner, | : | |
| | : | |
|    v. | : | CIVIL ACTION NO. 20-CV-5497 |
| | : | |
| JOHN MORGANELLI, | : | |
|    Respondent. | : | |

## ORDER

This 30th day of July, 2021, upon review of Shaun Austin's Petition for Writ of Habeas Corpus (ECF No. 2) and Motion for Appointment of Counsel, Discovery and an Evidentiary Hearing (ECF No. 6), it is **ORDERED** that:

1. The Petition is **SUMMARILY DISMISSED** for the reasons stated in the Court's Memorandum.

2. The Motion for Appointment of Counsel, Discovery and an Evidentiary Hearing (ECF No. 6) is **DENIED**.

3. There is no cause to issue a certificate of appealability, pursuant to 28 U.S.C. § 2253(c), because reasonable jurists would not debate the propriety of this Court's ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

   /s/ Gerald Austin McHugh
**GERALD A. MCHUGH, J.**